**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS Holistic, LLC., | : | Case No. 2:23-cv-03601 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael R. Merz |
| | : | |
| Best Budz Smoke Shop LLC., et al. | : | |
| Defendant. | : | |

---

**CLERK'S ENTRY OF DEFAULT**

It is appearing that, Defendants Best Budz Smoke Shop, LLC., Abdalla Azzam and Abdullah Arman are in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendants, Best Budz Smoke Shop, LLC., Abdalla Azzam and Abdullah Arman on this 2nd day of February 2024.

Sophia R. Bryant Deputy Clerk

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court

*Printed name and title*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO