**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

GS HOLISTIC, LLC,

Plaintiff, : Case No. 2:23-cv-3601

District Judge Walter H. Rice
- vs - Magistrate Judge Michael R. Merz

BEST BUDZ SMOKE SHOP LLC, et al.,

Defendants. :

---

## ORDER SETTING ASIDE AND VACATING ENTRY OF DEFAULT

---

Upon the unopposed motion of Defendants (ECF No. 17) and for good cause shown pursuant to Fed.R.Civ.P. 55(c), the Notation Order granting Plaintiff's Motion for Entry of Default (ECF No. 10) and the Entry of Default itself (ECF No. 14) are hereby VACATED.

February 6, 2024.

s/ *Michael R. Merz*
United States Magistrate Judge